**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**April 18, 2007**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-50580
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LONNIE ALBERT BURKE, JR.,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:99-CR-28-SS-ALL
--------------------

Before HIGGINBOTHAM, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Lonnie Albert Burke, Jr., has moved to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Burke has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.